# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HEATHER HILDEBRAND**                                                      **PLAINTIFF**

VS.                    CASE NO. 4:23-CV-00394 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                          **DEFENDANT**

### ORDER

     Before the Court is plaintiff Heather Hildebrand's ("Hildebrand") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion. The motion is GRANTED, and the EAJA award in the amount of $6,651.60 in fees is approved. Hildebrand should also be compensated for her costs of $402.00, and that this payment should be issued from the Judgment Fund, which is administered by the United States Treasury. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Hildebrand, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Hildebrand,

in care of her attorney, Nicholas Lynn Coleman, and shall mail the check to Mr. Coleman at his Bentonville, Arkansas, address. The payment for reimbursement of the costs/filing fee should likewise be issued and mailed to Mr. Coleman.

IT IS SO ORDERED this 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE